UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY PLC *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MERRICK B. GARLAND *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00463-WES-PAS<br><br>CONSENT MOTION FOR<br>EXTENSION OF TIME<br><u>TO RESPOND TO COMPLAINT</u> |

　　With the consent of Plaintiffs, Defendants hereby move for a thirty-day extension of time to answer or otherwise respond to the Complaint (ECF No. 1). Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Defendants' response is currently due January 24, 2022. Defendants request an extension of this deadline to **February 23, 2022,** to allow Defendants to prepare an appropriate response in light of the Government's significant interest in the legal issues presented in this case. As noted, Plaintiffs consent to this request. This is the first request for an extension of time in this action, and the requested extension would not affect any other dates or deadlines in the case.

Dated: January 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRIAN BOYNTON
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　BRIGHAM J. BOWEN
　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　<u>/s/ *Taisa M. Goodnature*</u>
　　　　　　　　　　　　　　　　　　　TAISA M. GOODNATURE
　　　　　　　　　　　　　　　　　　　N.Y. Bar No. 5859137

>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L St. NW
>Washington, DC 20530
>Telephone: (202) 514-3786
>Fax: (202) 616-8470
>Email: Taisa.M.Goodnature@usdoj.gov
>
>*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 19, 2022, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304 and 305.

      /s/ *Taisa M. Goodnature*
TAISA M. GOODNATURE
N.Y. Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*